# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHELLE WILLIAMS,<br>    Plaintiff,<br>v.<br>ROBIN CARNAHAN,<br>    Defendant. | Civil Action No. 23-3507 (CKK) |

## ORDER
(May 1, 2024)

In light of the Plaintiff's [15] Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 1st day of May, 2024, hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge